# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 1:12-MJ-29
)
5511 West US Highway 10 )
Ludington, MI 49431 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT E

located in the \_\_\_\_\_Western\_\_\_\_\_ District of \_\_\_\_\_Michigan\_\_\_\_\_, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT D

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 :1347 | Health care fraud |
| 18 :371 | Conspiracy |
| 42 :1320a-7b(b) | Fraud, kickbacks and other prohibited activities |

The application is based on these facts:
SEE ATTACHED CONTINUATION OF APPLICATION FOR SEARCH WARRANT

☑ Continued on the attached sheet.
☐ Delayed notice of \_\_\_\_\_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Douglas Smith, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **JAN 2 0 2012**

*Judge's signature*

City and state: Grand Rapids, Michigan

Joseph G. Scoville, U.S. Magistrate Judge
*Printed name and title*